No. 96–6291. KIMBLE v. REHNQUIST, CHIEF JUSTICE OF THE UNITED STATES. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. ▮▮▮▮▮▮▮▮

No. 94–7620. WILLIAMS v. METROPOLITAN TRANSIT AUTHORITY ET AL., 514 U. S. 1006;

No. 95–1439. LAKOSKI v. UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON, ante, p. 947;

No. 95–8984. CHAUDHARY v. O'NEIL ET AL., ante, p. 833;

No. 95–9033. JOHNSON v. UNITED STATES, ante, p. 948;

No. 95–9235. IN RE BENTON, ante, p. 806;

No. 95–9301. FULLER v. BOARD OF SELECTMEN FOR THE TOWN OF CANTON ET AL., ante, p. 849;

No. 95–9311. JONES v. BAUSCH & LOMB, INC., ante, p. 850;

No. 96–47. FLEENOR v. HEWITT SOAP CO. ET AL., ante, p. 863;

No. 96–218. SHUMATE v. NATIONSBANK, ante, p. 871;

No. 96–237. LOCKMILLER v. SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY, ante, p. 929;

No. 96–244. IN RE SMITH, ante, p. 948;

No. 96–248. ALLGOOD, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX OF THE ESTATE OF ALLGOOD, DECEASED, ET AL. v. R. J. REYNOLDS TOBACCO CO. ET AL., ante, p. 930;

No. 96–258. HARDIN v. CUNNINGHAM, ante, p. 930;

No. 96–384. WYSHAK v. AMERICAN SAVINGS BANK, F. A., ET AL., ante, p. 950;

No. 96–5179. GADSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., ante, p. 884;

No. 96–5413. FELDER v. STOCK, WARDEN, ET AL., ante, p. 897;

No. 96–5490. GABOR ET UX. v. FRAZER ET AL., ante, p. 934;

No. 96–5529. SPURGETIS v. UNITED STATES JUDICIARY, ante, p. 934;

No. 96–5540. SEPULVADO v. LOUISIANA, ante, p. 934;

No. 96–5549. TART v. LOUISIANA, ante, p. 934;

No. 96–5567. JEFFRIES v. OKLAHOMA, ante, p. 935;

No. 96–5575. ROBINSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 935;

No. 96–5582. MARK v. UNITED STATES, ante, p. 904;

No. 96–5625.   JOHNSON v. SHILLINGER, WARDEN, ET AL., *ante*, p. 936;

No. 96–5669.   IN RE PARENTEAU, *ante*, p. 806;

No. 96–5690.   STEELE v. CALIFORNIA DEPARTMENT OF SOCIAL SERVICES ET AL., *ante*, p. 952;

No. 96–5697.   JEMZURA v. NEW YORK STATE ELECTRIC & GAS CORP. ET AL., *ante*, p. 953;

No. 96–5730.   KAMMEFA v. MARYLAND DEPARTMENT OF AGRICULTURE, *ante*, p. 908;

No. 96–5741.   BROWN v. FERGUSON, WARDEN, ET AL., *ante*, p. 953;

No. 96–5749.   LAWRENCE v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 937;

No. 96–5892.   IVERSON ET AL. v. GRANT ET AL., *ante*, p. 976;

No. 96–5893.   MOSELEY v. UNITED STATES, *ante*, p. 941;

No. 96–5936.   BIERLEY v. FRANZ, DISTRICT DIRECTOR, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, *ante*, p. 954;

No. 96–5966.   O'BRIEN v. UNITED STATES, *ante*, p. 942; and

No. 96–6007.   CAMPBELL v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, *ante*, p. 943.   Petitions for rehearing denied.

No. 95–9407.   MESERVY v. MESERVY, *ante*, p. 855.   Motion for leave to file petition for rehearing denied.

## DECEMBER 10, 1996

No. 96–6992 (A–418).   IN RE ZEITVOGEL.   Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

No. 96–6925 (A–392).   STOUT v. NETHERLAND, WARDEN. C. A. 4th Cir.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 96–7009 (A–420).   ZEITVOGEL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.   C. A. 8th Cir.   Ap-